United States Court of Appeals
Fifth Circuit

**F I L E D**

April 26, 2006

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 05-20618
Summary Calendar

ARTHUR R. EIPPER, JR.

Plaintiff - Appellant

VERSUS

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL

Defendant - Appellee

Appeal from the United States District Court
For the Southern District of Texas, Houston
4:04-CV-2119

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

We affirm the judgment of the district court essentially for the reasons set forth in its careful memorandum and opinion of June 1, 2005.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.